**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 438 EAL 2021
                                       :
          Respondent           :
                                         : Petition for Allowance of Appeal
                                       : from the Order of the Superior Court
              v.                    :
                                         :
SAMUEL GARCIA, :
                                         :
          Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.